## *United States District Court for the Northern District of Illinois*

Case Number: 88cv9373          Assigned/Issued By: daj

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP          ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☑ Citation to Discover Assets          _____

☐ Writ _____          (Victim, Against and $ Amount)
   (Type of Writ)

3 Original and 3 copies on 06/16/08 as to LOLA LUMPKINS,
                         (Date)
DEAN BROCK.CHICAGO TITLE LAND TRUST. THIRD PARTIES,(NO NOTICES).

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05