*Proof of Service* (handwritten)

CITATION TO FINANCIAL INSTITUTION IN CIVIL CASE

Issued by the

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

**THIRD PARTY CITATION TO DISCOVER ASSETS**

V.

CASE NUMBER: 88 C 9373

LOLA LUMPKINS

TO: Chicago Title Land Trust, 181 W. Madison Street, 17th Floor, Chicago, IL 60602

On June 8, 1989, the court entered judgment in favor of the United States and against Lola Lumpkins a.k.a. Lola R. Brock (XXX-XX-4949), and it remains unsatisfied in the total amount of $1,230,576.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are required to withhold the payment or transfer of any money or other property no more than twice the amount of the unsatisfied judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | COURTROOM | DATE AND TIME |
|---|---|---|
|  |  |  |

☒  YOU ARE COMMANDED to appear in the Office of the United States Attorney at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| 230 South Dearborn Street, Suite 3948, Chicago, Illinois 60604 | July 8, 2008 at 9:30 a.m. <br> A timely written answer will make your personal appearance unnecessary. |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place, date, and time specified above: See attached rider.

| CERTIFICATE OF ATTORNEY | MICHAEL W. DOBBINS, Clerk of the District Court |
|---|---|
| The undersigned certifies under penalties of perjury provided by law (735 ILCS 5/1-109) that on June 8, 1989 judgment was entered against the defendant in the amount of $247,144 in the **United States District Court for the Northern District of Illinois** in case number 88 C 9373, and the balance now due is $1,230,576. <br><br> *(signature)* <br><br> Joseph A. Stewart, Assistant United States Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604; (312) 469-6008. | *(signature)* <br><br> (By) Deputy Clerk  JUN 1 6 2008 |

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | June 19, 2008 | Chicago Title Land Trust, 181 W. Madison Street, 17th Floor, Chicago, IL 60602 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Chicago Title Land Trust | Certified Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Charles F Vetter | Legal Assistant |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that I am over 21 years of age and the foregoing information contained in the Proof of Service is true and correct.

Executed on July 7, 2008
DATE

SIGNATURE OF SERVER

219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604

ADDRESS OF SERVER

---

**Notice to judgment debtor pursuant to the Illinois Code of Civil Procedure § 2-1402(b)**

### CITATION NOTICE

In the United States District Court
for the Northern District of Illinois
219 S. Dearborn St., Chicago, Illinois

| United States, | Judgment Creditor |
|---|---|
| v. | |
| Lola Lumpkins, | Judgment Debtor<br>P.O. Box 1775<br>Decatur, GA 30031 |
| Amount of judgment: | $247,144 |
| This citation is directed to: | Chicago Title Land Trust |

**NOTICE:** The court has issued a citation against the party named above. The citation directs that person appear at the place designated above to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to you, the judgment debtor, or in which you, the judgment debtor, has an interest. The citation was issued on the basis of a judgment against you, the judgment debtor, in favor of the judgment creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.
The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 S. Dearborn, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

### Certificate of Mailing

I, Charles Vetter, certify that within three business days of service on the above-named third party citation respondent a copy of this citation to discover assets and citation notice were sent by first class U.S. Mail to the judgment debtor's last known address, which is P.O. Box 1775, Decatur, GA 30031.

**Rider to the Third Party Citation to
Discover Assets served on Chicago Title Land Trust
in *United States v. Lola Lumpkins*, Case No. 88 C 9373**

Produce all documents and things in your possession or control concerning the following list of items as they relate to the property, income, or assets of the judgment debtor, Lola Lumpkins a.k.a Lola R. Brock, and spouse Dean J. Brock:

1. Any documents regarding Land Trust No. 95198, for property located at 3416 S. Prarie, Chicago, IL 60616, PIN No. 17-34-120-070-0000.

2. Loans or credit made or extended to the judgment debtor, including, but not limited to, applications for loans or credit.

3. Any other documents which may contain information concerning the property, income, or assets of the judgment debtor.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _K. Jones_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  06-19-08 |
| 1. Article Addressed to:<br><br>Chicago Title Land Trust<br>181 W. Madison Street, 17th Floor<br>Chicago, IL 60602 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7008 0150 0003 5431 8610 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540