FILED

AUG 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )  | |
| Plaintiff,           )  | |
| v.           )  | |
| )  | |
| LOLA LUMPKINS,           )  | No. 88 C 9373 |
| )  | |
| Defendant,           )  | **MAGISTRATE JUDGE NOLAN** |
| and           )  | Magistrate Judge _____ |
| )  | |
| METROPOLITAN LIFE INSURANCE CO.           )  | |
| )  | |
| Garnishee.           )  | |

### APPLICATION FOR WRIT OF CONTINUING NON-WAGE GARNISHMENT

Pursuant to 28 U.S.C. § 3205(b)(1), the United States applies to this Court for a writ of continuing non-wage garnishment in this case, and in support of its application states as follows:

1. Judgment was entered on June 8, 1989, against the defendant in the amount of $247,144.17, plus applicable interest. A copy of the judgment is attached as Exhibit A.

2. The social security number of the defendant is XXX-XX-4949,[1] and the last known address of the defendant is 1549 Stamp Mill Way, Lawrenceville, GA 30043.

3. More than 30 days has elapsed since demand for payment of the debt was made upon the defendant, and the defendant has failed to satisfy the debt. As of August 6, 2008, the defendant's balance is $1,245,723.

---

[1] Pursuant to the Privacy Act, 5 U.S.C. § 552a and the E-Government Act of 2002, Pub. L. 107-347, the social security number has been redacted to the last four digits to prevent public disclosure. Upon request of the court, the full social security number will be provided *in camera*.

4. The garnishee is believed to have possession of property in which the defendant has a substantial non-exempt interest. This property consists of account(s) with Metropolitan Insurance Co. in the name of Lola Lumpkins.

5. The name and address of Garnishee or its authorized agent are:

Metropolitan Life Insurance Co.
27-01 Queens Plaza North
Long Island City, NY 11101
Attn: Alvin Pasternak

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*

JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6008

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### NORTHERN DISTRICT OF ILLINOIS
Eastern Division

U.S.A.

v.

LOLA LUMPKINS, M.D.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 88 C 9373

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a stipulated consent judgment is hereby entered in favor of plaintiff and against defendant in the amount of $245,263.17 with interest accruing in the daily amount of $49.50 from May 1, 1989 until final order of judgment and at the legal rate of interest thereon until paid in full, without costs and without attorney's fees.
Execution on the judgment is stayed in accordance with paragraph 7 of the approved stipulated consent judgment.

DOCKETED
JUN 12 1989

GOVERNMENT EXHIBIT A

Date: June 8, 1989

H. STUART CUNNINGHAM
Clerk

_George D. Schwemer_
(By) Deputy Clerk

U.S. GOVERNMENT PRINTING OFFICE: 1985—806-002